**THIRD DIVISION**
**ANDREWS, P. J.,**
**DILLARD and MCMILLIAN, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**August 20, 2015**

# In the Court of Appeals of Georgia

A13A2175. BRANTLEY et al. v. DUBOIS et al.

ANDREWS, Presiding Judge.

In *Brantley v. Dubois*, 327 Ga. App. 14 (755 SE2d 351) (2014), we reversed the judgment of the State Court of Glynn County denying the defendants' renewed motion to dismiss or, in the alternative, motion for summary judgment based upon the plaintiffs' alleged failure to comply with the affidavit requirement of OCGA §§ 9-11-9.1 and 24-7-702. In *Dubois v. Brantley*, No. S14G1192, 2015 Ga. LEXIS 539 (Ga., July 13, 2015), the Supreme Court reversed. Accordingly, this Court's prior judgment is vacated; the judgment of the Supreme Court is made the judgment of this Court; and the judgment of the State Court of Glynn County denying the defendants' renewed motion to dismiss or, in the alternative, motion for summary judgment is affirmed.

*Judgment affirmed. Dillard and McMillian, JJ., concur.*